# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Darin Anderson,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                  3:12cv162

Charlotte Mecklenburg Police Department,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2012 Order.

                                        Signed: June 7, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court