# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Darin Anderson,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:12cv162

Charlotte Mecklenburg Police Department,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2012 Order.

    Signed: June 7, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court